UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DARRYL HENDERSON,

Defendant.

02-cr-451 (PKC)

ORDER

CASTEL, U.S.D.J:

On January 28, 2026, defendant Darryl Henderson filed a Motion for a Reduction of Sentence Pursuant to the First Step Act of 2018 (ECF 306). The government is directed to respond to the motion by May 20, 2026, and defendant Henderson may reply by June 22, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 7, 2026

cc:    Amanda Houle, Chief Criminal Division (email)
       Andrew Chan, Co-Chief Violent and Organized Crime (email)
       Darryl Henderson, Pro Se (mail)