UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

02-cr-451 (PKC)

-against-

ORDER

DARRYL HENDERSON,

Defendant.
---------------------------------------------------------x

CASTEL, U.S.D.J.

Defendant Darryl Henderson has filed a motion for a sentence reduction pursuant to section 404 of the First Step Act of 2018, Pub L. No. 115-391, 132 Stat. 5194 (2018). (ECF 306.) In an Order of April 7, 2026, the Court directed the government to respond by May 20, 2026 and stated that defendant may reply by June 22, 2026. (ECF 307.)

The government has not responded to the motion and has not requested an extension of its time do so. The government is ORDERED to submit its response to the motion by November 20, 2027. Defendant may reply by December 23, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 7, 2026

COPY MAILED TO:

Darryl Henderson
Reg. No. 14677-054
FCI Otisville
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963